Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                              Case No.:   19–11946–SLM  
                              Chapter:   13  
                              Judge:   Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Angela J. Magno  
   326 Gifford Place  
   Teaneck, NJ 07666

Social Security No.:  
   xxx–xx–4356

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       4/7/20  
Time:       02:30 PM  
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)  
Russell L. Low, attorney,

COMMISSION OR FEES  
$1,200.00

EXPENSES  
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured  
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured  
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 11, 2020
JAN:

                                                                                   Jeanne Naughton
                                                                                    Clerk

Case 19-11946-SLM    Doc 43    Filed 03/13/20    Entered 03/14/20 00:31:10    Desc Imaged
Certificate of Notice    Page 2 of 5

```
                       United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 19-11946-SLM
Angela J. Magno                                                 Chapter 13
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin               Page 1 of 3         Date Rcvd: Mar 11, 2020
                             Form ID: 137              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db            +Angela J. Magno,    326 Gifford Place,    Teaneck, NJ 07666-4002
cr            +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517999249     +1st 2nd Mortgage Co Nj,    50 Spring St,    Cresskill, NJ 07626-2106
517999250     +American Express,    PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
518074156      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517999252    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
517999269    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Exxmblciti,    Attn.: Centralized  Bankruptcy,    PO Box 20507,
                Kansas City, MO 64195)
517999261     +Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
517999262     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
517999267   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial LLC,    332 Minnesota Street,    Suite 610,
                Saint Paul, MN 55101)
518175609      DITECH FINANCIAL LLC,    PO BOX 12740,    TEMPLE, AZ 85284-0046
517999271     +FNCC/Legacy Visa,    Attn: Bankruptcy,    PO Box 5097,    Sioux Falls, SD 57117-5097
517999270     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517999275     +LVNV Funding, LLC,    200 Meeting Street,    Suite 206,    Charleston, SC 29401-3187
517999276     +Mattleman Weinroth & Miller,    401 Route 70 East, Suite 101,    Cherry Hill, NJ 08034-2410
517999277     +Mercer County Municipal Buliding,    271 Clarksville Road,    PO Box 38,
                Princeton Junction, NJ 08550-0038
518656655      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518656656      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
517999281     +O R I F A C,    307 N Michigan Suite 1400,    Chicago, IL 60601-5407
517999288     +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
517999293    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                Cedar Rapid, IA 52408)
517999291     +Td Rcs/abed.com,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518063244     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
518588323      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517999298     +Valley Nt Bk,    3100 Broadway,    Fair Lawn, NJ 07410-3955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2020 00:03:04      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2020 00:03:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2020 00:11:59
                Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517999255     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2020 00:13:09      Cap1/neimn,
                26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
517999263     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 12 2020 00:02:47      Comenity Bank/Pottery Barn,
                Attention: Bankruptcy,    P.O. Box 182125,    Columbus, OH 43218-2125
517999264     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 12 2020 00:13:15      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
517999266      E-mail/Text: mrdiscen@discover.com Mar 12 2020 00:02:18      Discoverbank,    Po Box 15316,
                Wilmington, DE 19850
517999265     +E-mail/Text: mrdiscen@discover.com Mar 12 2020 00:02:18      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
517999268    ++E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 12 2020 00:02:47      Express/Comenity Bank,
                Attention: Bankruptcy Dept,    PO Box 182686,    Columbus, OH 43218-2686
517999272    ++E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 00:12:24      GECRB/Lowes,
                Attention:  Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
517999273      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 12 2020 00:02:36      Internal Revenue Services,
                Special Processing Branch,    PO Box 724,    Springfield, NJ 07081
517999256      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 12 2020 00:11:49      Chase Bp Prvt Lbl,
                Po Box 15298,    Wilmington, DE 19850
517999257      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 12 2020 00:11:49      Chase Card,
                201 N. Walnut St//del-1027,    Wilmington, DE 19801
517999259      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 12 2020 00:11:49      Chase Card,
                P.o. Box 15298,    Wilmington, DE 19850
517999278     +E-mail/PDF: pa_dc_claims@navient.com Mar 12 2020 00:12:00      Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
518135318     +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 12 2020 00:02:13
                Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO Box 8961,
                Madison, WI 53708-8961
```

```
District/off: 0312-2           User: admin              Page 2 of 3                   Date Rcvd: Mar 11, 2020
                               Form ID: 137             Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518047997         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 12 2020 00:02:13
                   Navient Solutions, LLC. on behalf of,   Great Lakes Higher Education Guaranty Co,
                   GLHEC and Affiliates,    PO BOX 8961,    Madison, WI 53708-8961
517999282         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2020 00:12:07
                   Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
518172009         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2020 00:13:15
                   Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,    Norfolk VA 23541
517999286        +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 00:11:45       Project/gemb,    PO Box 103104,
                   Roswell, GA 30076-9104
518160408         E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2020 00:02:55
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
517999287        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 00:13:13
                   Resurgent Capital Serices,    PO Box 10587,    Greenville, SC 29603-0587
517999289        +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 00:11:52       Syncb/tourne,    C/o Po Box 965036,
                   Orlando, FL 32896-0001
517999290        +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 00:13:02       Syncb/tourneau,
                   C/o Po Box 965036,    Orlando, FL 32896-0001
518001439        +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 00:12:21       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517999292        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 12 2020 00:02:47        The Limited/WFNNB,
                   WFNNB/Attn: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
                                                                                               TOTAL: 26


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517999251*       +American Express,   PO Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
517999253*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court: Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
517999254*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court: Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
517999297*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                  (address filed with court: Unvl/citi,    Attn.: Centralized Bankruptcy,   PO Box 20507,
                  Kansas City, MO 64195)
517999258*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                  (address filed with court: Chase Card,    201 N. Walnut St//de1-1027,   Wilmington, DE 19801)
517999260*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                  (address filed with court: Chase Card,    P.o. Box 15298,   Wilmington, DE 19850)
517999279*       +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
517999280*       +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
517999283*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   PO Box 41067,
                  Norfolk, VA 23541)
517999284*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   PO Box 41067,
                  Norfolk, VA 23541)
517999285*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   PO Box 41067,
                  Norfolk, VA 23541)
517999296*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   PO Box 8026,
                  Cedar Rapid, IA 52408)
517999294*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   PO Box 8026,
                  Cedar Rapids, IA 52408)
517999295*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   PO Box 8026,
                  Cedar Rapids, IA 52408)
517999274        ##+Lord&taylor,   P.o. Box 1628,   Maryland Heigh, MO 63043-0628
                                                                                            TOTALS: 0, * 14, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Mar 11, 2020
                              Form ID: 137             Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Angela J. Magno ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Shauna M Deluca    on behalf of Creditor    Ditech Financial LLC sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8
```