Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11946−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Angela J. Magno
  326 Gifford Place
  Teaneck, NJ 07666

Social Security No.:
  xxx−xx−4356

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/21/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 21, 2021
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11946-SLM |
| Angela J. Magno | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 21, 2021 | Form ID: 148 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela J. Magno, 326 Gifford Place, Teaneck, NJ 07666-4002 |
| cr | + | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517999249 | + | 1st 2nd Mortgage Co Nj, 50 Spring St, Cresskill, NJ 07626-2106 |
| 517999267 | + | Ditech Financial LLC, 332 Minnesota Street, Suite 610, Saint Paul, MN 55101-1314 |
| 517999271 | + | FNCC/Legacy Visa, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 517999275 | + | LVNV Funding, LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 517999274 | + | Lord&taylor, P.o. Box 1628, Maryland Heigh, MO 63043-0628 |
| 517999276 | + | Mattleman Weinroth & Miller, 401 Route 70 East, Suite 101, Cherry Hill, NJ 08034-2410 |
| 517999277 | + | Mercer County Municipal Buliding, 271 Clarksville Road, PO Box 38, Princeton Junction, NJ 08550-0038 |
| 518656655 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518656656 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518877243 | | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517999281 | + | O R I F A C, 307 N Michigan Suite 1400, Chicago, IL 60601-5407 |
| 517999291 | + | Td Rcs/abed.com, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 518063244 | | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517999298 | + | Valley Nt Bk, 3100 Broadway, Fair Lawn, NJ 07410-3955 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: RECOVERYCORP.COM | Jun 22 2021 00:48:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517999250 | + | EDI: BECKLEE.COM | Jun 22 2021 00:48:00 | American Express, PO Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 518074156 | | EDI: BECKLEE.COM | Jun 22 2021 00:48:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517999252 | | EDI: BANKAMER.COM | Jun 22 2021 00:48:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 517999269 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Exxmblciti, Attn.: Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195 |
| 517999297 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Unvl/citi, Attn.: Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195 |

| District/off: 0312-2 | | User: admin | | Page 2 of 4 |
|---|---|---|---|---|
| Date Rcvd: Jun 21, 2021 | | Form ID: 148 | | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 517999255 | + EDI: CAPITALONE.COM | Jun 22 2021 00:48:00 | Cap1/neimn, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 | |
| 517999261 | + EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Citi, Po Box 6497, Sioux Falls, SD 57117-6497 | |
| 517999262 | + EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 | |
| 517999263 | + EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Comenity Bank/Pottery Barn, Attention: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 | |
| 517999264 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2021 11:58:09 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 | |
| 517999266 | EDI: DISCOVER.COM | Jun 22 2021 00:48:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 | |
| 517999265 | + EDI: DISCOVER.COM | Jun 22 2021 00:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 | |
| 517999268 | + EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Express/Comenity Bank, Attention: Bankruptcy Dept, PO Box 182686, Columbus, OH 43218-2686 | |
| 517999270 | + EDI: AMINFOFP.COM | Jun 22 2021 00:48:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 | |
| 517999272 | + EDI: RMSC.COM | Jun 22 2021 00:48:00 | GECRB/Lowes, Attention: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 | |
| 517999273 | EDI: IRS.COM | Jun 22 2021 00:48:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 | |
| 517999256 | EDI: JPMORGANCHASE | Jun 22 2021 00:48:00 | Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 | |
| 517999257 | EDI: JPMORGANCHASE | Jun 22 2021 00:48:00 | Chase Card, 201 N. Walnut St//de1-1027, Wilmington, DE 19801 | |
| 517999259 | EDI: JPMORGANCHASE | Jun 22 2021 00:48:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 | |
| 517999278 | + EDI: NAVIENTFKASMSERV.COM | Jun 22 2021 00:48:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 | |
| 518135318 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 21 2021 20:55:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 | |
| 518047997 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 21 2021 20:55:00 | Navient Solutions, LLC. on behalf of, Great Lakes Higher Education Guaranty Co, GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 | |
| 517999282 | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 | |
| 518172009 | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 | |
| 517999286 | + EDI: RMSC.COM | Jun 22 2021 00:48:00 | Project/gemb, PO Box 103104, Roswell, GA 30076-9104 | |
| 518160408 | EDI: Q3G.COM | Jun 22 2021 00:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 | |
| 517999287 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 21:07:54 | Resurgent Capital Serices, PO Box 10587, Greenville, SC 29603-0587 | |
| 517999288 | + EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 | |
| 517999289 | + EDI: RMSC.COM | Jun 22 2021 00:48:00 | Syncb/tourne, C/o Po Box 965036, Orlando, FL | |

| Recip ID | | | | |
|---|---|---|---|---|
| 517999290 | + EDI: RMSC.COM | | Jun 22 2021 00:48:00 | Syncb/tourneau, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518001439 | + EDI: RMSC.COM | | Jun 22 2021 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517999293 | EDI: TFSR.COM | | Jun 22 2021 00:48:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapid, IA 52408 |
| 517999294 | EDI: TFSR.COM | | Jun 22 2021 00:48:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 517999292 | + EDI: WFNNB.COM | | Jun 22 2021 00:48:00 | The Limited/WFNNB, WFNNB/Attn: Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |
| 518588323 | EDI: BL-BECKET.COM | | Jun 22 2021 00:53:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517999251 | *+ | American Express, PO Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 517999253 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 517999254 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 517999258 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, 201 N. Walnut St//de1-1027, Wilmington, DE 19801 |
| 517999260 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 517999279 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517999280 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518877244 | * | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517999283 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 517999284 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 517999285 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 517999296 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapid, IA 52408 |
| 517999295 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 518175609 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPLE, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021    Signature:    /s/Joseph Speetjens

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 148 | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Angela J. Magno ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor Ditech Financial LLC sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8